| Attorney or Party without Attorney:<br>William J. Downes, Esq.<br>Mizrahi Kroub LLP<br>200 Vesey Street, 24th Floor<br>New York, NY 10281<br>Telephone No: 212-595-6200   FAX No: 212-595-9700 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | | |
| Plaintiff(s): Maricela Donet, et al | | | | | |
| Defendant: Flag & Anthem, LLC | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number::<br>23CV01105 | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. a. Party served:   Flag & Anthem, LLC
   b. Person served:   Lynanne Gares, Service of Process Intake Clerk, Caucasian, Female, 45-50, Brown Hair, 5'6", 160-190 lbs.

4. Address where the party was served:   Corporation Service Company
   251 Little Falls Drive
   Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Feb. 20, 2023 (2) at: 11:48AM

7. Person Who Served Papers:                                    Fee for Service:
   a. Sean Snow
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of DELAWARE and under the laws of the United States Of America that the foregoing is true and correct.

**AFFIDAVIT OF SERVICE**          (Sean Snow)          widow.244434
**Summons and Complaint**