**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARICELA DONET, Individually, and On Behalf of All Others Similarly Situated,

                                Plaintiff(s)

              -against-

FLAG & ANTHEM, LLC,

                                Defendant(s).

-------------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

1:23 - CV - 01105 (LGS)

MARICELA DONET hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to 28 U.S.C. § 1331 & 42 U.S.C. § 12101 et seq.

3. The time for defendant(s), FLAG & ANTHEM, LLC, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), FLAG & ANTHEM, LLC, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) FLAG & ANTHEM, LLC to answer or otherwise move has not been extended.

5. That defendant(s) FLAG & ANTHEM, LLC is not an infant or incompetent. Defendant(s) FLAG & ANTHEM, LLC is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff MARICELA DONET requests that the default of defendant(s) FLAG & ANTHEM, LLC be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 3/14/2023

By: /s/ William J. Downes

**MIZRAHI KROUB LLP**

WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*