UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
MARICELA DONET,                                             :   23 Civ. 1105 (LGS)
                              Plaintiff,                    :
                                                            :   ORDER
            -against-                                       :
                                                            :
FLAG & ANTHEM, LLC,                                         :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 23, 2023, Plaintiff filed proof of service via personal service on an authorized representative of Defendant. Defendant has not yet appeared in this case.

WHEREAS, an Order issued March 9, 2023, set an initial pretrial conference in this case for April 19, 2023, and directed the parties to submit a joint letter and proposed case management plan seven days prior to the conference. On March 14, 2023, Plaintiff filed proof of service of the March 9, 2023, Order via U.S. Mail.

WHEREAS, on March 14, 2023, Plaintiff filed proposed default judgment materials as to Defendant. The same day, the Clerk's office issued a Certified of Default. It is hereby

**ORDERED** that the initial pretrial conference is **ADJOURNED** to **May 10, 2023**, at **4:10 p.m.** The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333. It is further

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible, and no later than **May 3, 2023.** If Plaintiff is not in communication with Defendants, Plaintiff shall attempt to serve Defendants via FedEx at their places of business, and file proof of service on ECF, by **April 19, 2023**. It is further

**ORDERED** that if Plaintiff cannot contact Defendants by **May 3, 2023**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to thirty (30) days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.

Dated: April 13, 2023
      New York, New York

                                                  **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**