UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MARICELA DONET, Individually, and On : Case No.: 1:23-cv-01105-LGS
Behalf of All Others Similarly Situated, :
:
:
Plaintiff, :
vs. : **NOTICE OF VOLUNTARY DISMISSAL**
:
:
:
FLAG & ANTHEM, LLC, :
:
Defendant. :
:
:
---------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Maricela Donet hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Flag & Anthem, LLC.

DATED: April 14, 2023         **MIZRAHI KROUB LLP**

                             /s/ William J. Downes
                             WILLIAM J. DOWNES

                             WILLIAM J. DOWNES
                             225 Broadway, 39th Floor
                             New York, NY  10007
                             Telephone:  212/595-6200
                             212/595-9700 (fax)
                             wdownes@mizrahikroub.com

                             *Attorneys for Plaintiff*